**Dismiss and Opinion Filed August 23, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00252-CV**

**BRENT BRASHER, Appellant**
**V.**
**BW AUSTIN TRINITY LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-00566-A**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

After appellant failed to timely file his brief, we directed appellant by postcard dated July 12, 2022, to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Ken Molberg/
220252f.p05                                KEN MOLBERG
                                           JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BRENT BRASHER, Appellant

No. 05-22-00252-CV        V.

BW AUSTIN TRINITY LLC,
Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-22-00566-
A.
Opinion delivered by Justice
Molberg. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 23rd day of August, 2022.